Case No: 7:10cv30                                           Filed: 09/10/12
                                                            Doc. #118

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED

SEP 11 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

| | |
|---|---|
| JEFFREY NEELY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 7:10-CV-00030-RAJ |
| § | |
| PSEG TEXAS, LP AND PUBLIC § | Jury Demanded |
| SERVICE ENTERPRISE GROUP § | |
| INCORPORATED § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT AFTER JURY TRIAL

This action came on regularly for trial on August 27, 2012, through August 29, 2012, in the United States District Court for the Western District of Texas, Midland-Odessa Division, the Honorable Robert Junell presiding. Appearance at trial was made for Plaintiff Jeffrey Neely ("Neely") by attorney Holly Williams. Appearances at trial were made for Defendants PSEG Texas, LP and Public Service Enterprise Group Incorporated (collectively, "PSEG") by attorneys Victor N. Corpuz and Taylor E. White.

A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

On Neely's ADA – Termination claim, the jury answered "No" to the question, "Was Plaintiff a qualified individual with a disability?" On Neely's ADA – Failure to Accommodate claim, the jury answered "No" to the question, "Was Plaintiff a qualified individual with a disability?" On Neely's ADA – Retaliation claim, the jury answered "No" to

the question, "Did Defendants take an adverse employment action against Plaintiff because Plaintiff engaged in protected activity?"

No further questions were answered by the jury.

It appearing by reason of said verdict that a take-nothing judgment is entered in favor of Defendants PSEG Texas, LP and Public Service Enterprise Group Incorporated and against Plaintiff Jeffrey Neely.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants PSEG Texas, LP and Public Service Enterprise Group Incorporated have and recover all taxable costs from Plaintiff Jeffrey Neely.

This judgment finally disposes of all parties and all claims and is appealable.

SIGNED this _11_ day of _September_ 2012.

_____
THE HONORABLE ROBERT JUNELL

APPROVED AS TO FORM:

/s/ Victor N. Corpuz
Victor N. Corpuz, Esq.
Texas Bar No. 04838450
CorpuzV@jacksonlewis.com
Taylor E. White, Esq.
Texas Bar No. 24070843
Taylor.White@jacksonlewis.com

JACKSON LEWIS LLP
500 North Akard, Suite 2500
Dallas, Texas 75201
PH: (214) 520-2400
FX: (214) 520-2008

**ATTORNEYS FOR DEFENDANTS**

*-and-*

/s/ Holly Williams
Holly Williams, Esq.
Texas Bar No. 00788674
holly@williamslawpc.com

WILLIAMS LAW FIRM, P.C.
1209 W. Texas Ave.
Midland, Texas 79701
PH: (432) 682-7800
FX: (432) 520-1112

**ATTORNEY FOR PLAINTIFF**

4812-7993-0895, v. 1